**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                   PLAINTIFF

v.                                            NO. 4:04CR00285 JLH

JAMES PATTERSON                                                                              DEFENDANT

**ORDER**

The Court conducted a hearing on Tuesday, November 10, 2009, to address the pending motion and supplemental motions to revoke supervised release. Assistant United States Attorney John Ray White was present for the government. The defendant appeared in person with his attorney Assistant Federal Public Defender Chris Tarver. United States Probation Officer Paul Washington was also present.

Upon inquiry from the Court, the defendant admitted the allegations regarding drug usage and associating with known felons, however he denied the allegations relating to the state drug charges. The government offered no proof as to those allegations, and they were dismissed. Following statements from counsel and the defendant, the Court found that the motions to revoke should be denied, and instead determined that defendant's present conditions of supervised release should be modified. Documents #47, #49, and #54.

IT IS THEREFORE ORDERED that defendant James Patterson's conditions of supervised release are hereby modified to include the following:

• Placement in a residential reentry facility for a <u>term of five (5) months</u>.

• During the first sixty (60) days of residential reentry placement, defendant will not be allowed any social releases. He will only be allowed to leave the facility for work and treatment.

- Defendant will remain in the custody of the United States Marshal until bed space becomes available at the assigned residential reentry facility.

All other conditions of supervised release remain unchanged and in full force and effect as previously imposed.

IT IS SO ORDERED this 10th day of November, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE