**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA					PLAINTIFF

v.					NO. 4:04CR00285 JLH

JAMES PATTERSON					DEFENDANT

**ORDER**

Following a revocation hearing on Tuesday, November 10, 2009, the Court modified defendant's conditions of supervised release to include placement in the City of Faith halfway house for a term of five (5) months, and directed that defendant remain in the custody of the United States Marshal until bed space became available at the assigned residential reentry facility.

The Court has been informed by the probation officer that defendant was not admitted into the City of Faith until December 22, 2009, which will prevent him from serving the entire five-month term in the residential reentry facility as previously directed.

IT IS THEREFORE ORDERED that defendant complete his term of supervised release in the City of Faith halfway house until the expiration date of April 25, 2010, at which time he will be released from supervision on this charge.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 5th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE